RATLIFF JACKSON LLP
FOCUSED ON JUSTICE DRIVEN BY RESULTS

**RATLIFF JACKSON, LLP**
Terrell A. Ratliff, Esq.
*Member of the NJ & PA Bars*
(856)283-1009
Terrell@RatliffJackson.com

May 30, 2025

***Via Electronic Filing***
Honorable Kelley B. Hodge
United States District Court Judge
15614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**Re: United States v. Jasmine Williams**
**Case #: 24-CR-133**

Dear Judge Hodge:

I respectfully write to request that the Court schedule a status conference in the above-captioned matter. The purpose of the requested conference is twofold.

First, I would like to address the issue of the defendant's waiver of her rights under the Speedy Trial Act. Given the procedural posture of the case and upcoming trial date, it is necessary to address the waiver on the record to ensure compliance with statutory requirements.

Second, I wish to advise the Court that I was recently contacted by newly retained counsel for Ms. Williams. I have been informed that Ms. Williams has retained attorney Summer McKeivier, Esq. of the Chapman Law Group.

In light of the transition in representation and the need to address how this affects the case posture and the Speedy Trial issue, a status conference would assist in clarifying the procedural path forward for all parties.

Thank you for the Court's attention to this matter.

Respectfully Submitted,

Terrell A. Ratliff, Esq.